# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:10-CV-2078-G (BD) |
| COURTNEY M. TISCHENDORF, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| TEACHER RETIREMENT SYSTEM OF | ) | |
| TEXAS, | ) | |
| | ) | |
| Garnishee. | | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

**SO ORDERED**.

June 13, 2011.

_____

**A. JOE FISH**
**Senior United States District Judge**